UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT ALDEN PLUMB,

        Defendant.
_____/

Case No. 1:03-cr-95-01

HON. RICHARD ALAN ENSLEN

**FINAL ORDER**

In accordance with the Court's Opinion of this date;

**IT IS HEREBY ORDERED** that Defendant Robert Alden Plumb's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Dkt. No. 22) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** as to all issues asserted.

Dated in Kalamazoo, MI:
August 4, 2005

      /s/Richard Alan Enslen
      Richard Alan Enslen
      United States District Judge